**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Lucas James McCOY, Defendant—**
**Appellant.**

No. 05–30400.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Sept. 11, 2006.*

Filed Sept. 14, 2006.

Bernard F. Hubley, Esq., Helena, MT, for Plaintiff-Appellee.

Jeremy S. Yellin, Esq., Havre, MT, for Defendant-Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Lucas James McCoy appeals from his guilty-plea conviction and 141–month sentence for conspiracy to distribute marijuana and methamphetamine, and use, carry, or discharge of firearms during and in relation to a drug trafficking crime, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii) and 21 U.S.C. §§ 841(a)(1) and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for McCoy has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. McCoy has not filed a pro se supplemental brief.

Our independent review of the brief and the record, pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

